ON MOTION TO PASS UPON A QUESTION CERTIFIED TO BE OF GREAT PUBLIC IMPORTANCE
PER CURIAM.
We grant the motion. As in Major v. State, 790 So.2d 550 (Fla. 3d DCA 2001), we certify that we have passed on the following question of great public importance:
WHETHER THE TRIAL COURT OR COUNSEL HAVE A DUTY TO ADVISE A DEFENDANT THAT HIS PLEA IN A PENDING CASE MAY HAVE SENTENCE ENHANCING CONSEQUENCES IF THE DEFENDANT COMMITS A NEW CRIME IN THE FUTURE?
Motion granted; question certified.